No. 4,595.—ERNEST E. SNELLING, APPELLANT, *v.* CITIZENS' STATE BANK ET AL., RESPONDENTS.

*Appeal from District Court, Musselshell County; George P. Jones, Judge.*

Decided January 8, 1921.

PER CURIAM.—On motion of respondents, the appeal in the above cause is dismissed.

*Mr. E. K. Cheadle,* for Appellant.

*Mr. V. D. Dusenberry,* for Respondents.

———

No. 4,710.—WALTER J. WINNETT, RESPONDENT, *v.* FIRST STATE BANK OF WINNETT, APPELLANT.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

Decided January 11, 1921.

PER CURIAM.—On motion of appellant, the appeal in the above-entitled cause is dismissed.

*Mr. Wm. M. Blackford,* for Appellant.

*Mr. Fritz Harri,* for Respondent.